# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 30, 2020

**CASE OF:** IN RE: AMENDMENTS TO THE FLORIDA RULES OF JUDICIAL
ADMINISTRATION - PARENTAL LEAVE

**DOCKET NO.:** SC18-1554  **OPINION FILED:** December 19, 2019

**ATTENTION:  ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

"Catherine Cole of Katz & Doorakian Law Firm, West Palm Beach, Florida; Theodore F. Greene, III, of Law Office of Theodore F. Greene, LC; Orlando, Florida; Glen Gifford, on behalf of Florida Defender Public Defender Association, Inc., Tallahassee, Florida; Tara Scott Lynn of Law Office of Tara J. Scott PA, Oldsmar, Florida; Jane West of Jane West Law, P.L., St. Augustine, Florida; Erin L. Deady of Erin L. Deady, P.A., Delray Beach, Florida; Stephanie C. Zimmerman, on behalf of Department of Children and Families – Children's Legal Services, Bradenton, Florida; Kimberly Kanoff Berman of Marshall Dennehey Warner Coleman & Goggin, Fort Lauderdale, Florida; David R. Bear of Marshall Dennehey Warner Coleman & Goggin, Orlando, Florida; Abbe Sheila Rifkin, on behalf of Board of Directors, Broward County Women Lawyers Association, Fort Lauderdale, Florida; Michelle Renee Suskauer, West Palm Beach, Florida, John M. Stewart, Vero Beach, Florida, Joshua E. Doyle, Tallahassee, Florida, and Christian George, on behalf of The Florida Board of Governors and Young Lawyers Division of The Florida Bar, Jacksonville, Florida; Amanda R. Jesteadt and Christa L. McCann on behalf of Florida Association for Women Lawyers, Palm Beach County, West Palm Beach, Florida; Jennifer Shoaf Richardson on behalf of Florida Association of Women Lawyers, Jacksonville, Florida, and Kyleen Hinkle on behalf of Florida Association of Women Lawyers, Ormond Beach, Florida; Alan F. Abramowitz, Dennis W. Moore and Thomasina F. Moore, on behalf of Statewide

Guardian ad Litem Program, Tallahassee, Florida; Michelle Browning Coughlin, on behalf of MothersEsquire, Inc., Louisville, Kentucky; and David Neal Silverstein, on behalf of Juvenile Court Rules Committee, Children's Legal Services, Bradenton, Florida;" is now:

"Catherine Cole of Katz & Doorakian Law Firm, West Palm Beach, Florida; Theodore F. Greene, III, of Law Office of Theodore F. Greene, LC, Orlando, Florida; Glen P. Gifford, Assistant Public Defender, on behalf of Florida Public Defender Association, Inc., Second Judicial Circuit, Tallahassee, Florida; Tara Scott Lynn of Law Offices of Tara J. Scott PA, Oldsmar, Florida; Jane West of Jane West Law, P.L., St. Augustine, Florida; Erin L. Deady of Erin L. Deady, P.A., Delray Beach, Florida; Stephanie C. Zimmerman, Deputy Director and Statewide Director of Appeals, on behalf of Department of Children and Families – Children's Legal Services, Bradenton, Florida; Kimberly Kanoff Berman of Marshall Dennehey Warner Coleman & Goggin, Fort Lauderdale, Florida; Abbe Sheila Rifkin, on behalf of the Board of Directors, Broward County Women Lawyers Association, Fort Lauderdale, Florida; John M. Stewart, President, Vero Beach, Florida, Michelle Renee Suskauer, Past President, West Palm Beach, Florida, Dori Foster-Morales, President-elect, Florida Board of Governors, Miami, Florida, and Santo DiGangi, President, West Palm Beach, Florida, Christian George, Past President, Jacksonville, Florida, and Lara Bueso Bach, on behalf of The Young Lawyers Division of The Florida Bar, Miami, Florida; Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida; Susan V. Warner, Member, Rules of Judicial Administration Committee, Miami, Florida; David R. Bear of Marshall Dennehey Warner Coleman & Goggin, Orlando, Florida; Amanda R. Jesteadt and Christa L. McCann, on behalf of Palm Beach County Chapter, Florida Association for Women Lawyers, West Palm Beach, Florida; Kyleen Hinkle, Ormond Beach, Florida, and Jennifer Shoaf Richardson, on behalf of Florida Association of Women Lawyers, Jacksonville, Florida; Alan F. Abramowitz, Executive Director, Dennis W. Moore, General Counsel, and Thomasina F. Moore, Director of Appeals, on behalf of Statewide Guardian ad Litem Program, Tallahassee, Florida; Michelle Browning Coughlin, on behalf of MothersEsquire, Inc., Louisville, Kentucky; and David Neal Silverstein, Chair, Juvenile Court Rules Committee, on behalf of Children's Legal Services, Bradenton, Florida,"


**SIGNED:  OPINION CLERK**
**The corrected hard copy will follow.**